**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                              Criminal No. 08-mj-101-03-JM

<u>Carlos Berrios</u>

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Defendant did not dispute that he violated bail by using marijuana (five times), that he was with a co-defendant or that he failed to get a job. The government has established that he committed a crime. Given the number of failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions. The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

　　　　　　　　　　　　　　　　_/s/ James R. Muirhead_
　　　　　　　　　　　　　　　　James R. Muirhead
　　　　　　　　　　　　　　　　United States Magistrate Judge

March 17, 2009

cc:　Arnold H. Huftalen, AUSA
　　　James W. Dennehy, Esq.
　　　U.S. Marshal
　　　U.S. Probation